UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA AVILES,

                Plaintiff,

       -v.-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

19 Civ. 6342 (KPF) (KNF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

On October 9, 2020, Plaintiff filed a Motion for Attorney's Fees and supporting documentation (Dkt. #26-27). The Government is hereby ORDERED to respond to Plaintiff's motion on or before **November 9, 2020**.

SO ORDERED.

Dated:  October 14, 2020
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge